# Exhibit

# 2



AACC says lab experts can fill gaps in FDA regulation by validating COVID-19 antibody tests | Healthcare Purchasing News

hpnonline.com

SOURCING & LOGISTICS | CONTINUING EDUCATION | WEBINARS | WHITEPAPERS | CAREERS | EVENTS | HALL OF FAME | INFECTION PREVENTION | PATIENT SATISFACTION | SURGICAL & CRITICAL CARE | STERILE PROCESSING | EYS & FACILITY SERVICES | ADVERTISE | SUBSCRIBE | HPN SOURCE GUIDE | HEALTHCARE IT | REGULATORY

LOG IN | REGISTER

HEALTHCARE PURCHASING NEWS

**ArmstrongFlooring**

with nature-inspired designs

VIEW SHEET COLLECTIONS

### LATEST IN SCREENING & SURVEILLANCE

Screening & Surveillance

**Four more cases of monkeypox identified by the UK Health Security Agency**

May 18, 2022

Screening & Surveillance

**New study monitors CLABSI in home healthcare settings**

May 4, 2022

Now that diagnostic companies can sell COVID-19 antibody tests without U.S. Food and Drug Admin



**Armstrong**Flooring

Improve the patient experience

VIEW SHEET COLLECTIONS

### LATEST IN SCREENING & SURVEILLANCE

Screening & Surveillance

**Four more cases of monkeypox identified by the UK Health Security Agency**

May 18, 2022

Screening & Surveillance

**New study monitors CLABSi in home healthcare settings**



FDA Flickr



**URL**          https://www.hpnonline.com/infection-prevention/screening-surveillance/article/21136423/aacc-says-says-lab-experts-can-fill-gaps-in-fda-regulation-by-validating-covid19-antibody-tests

**Date captured**   June 9th 2022, 3:21:23PM

**Last updated**   June 9th 2022, 3:21:23PM

**Hash**          dd125414b180b99f3791e42123cbb968529f57e0ac8d5afed29f1162e956deb62

≡ **HEALTHCARE** PURCHASING NEWS
CLINICAL INTELLIGENCE FOR SUPPLY CHAIN LEADERSHIP

SOURCING & LOGISTICS | STERILE PROCESSING | CONTINUING EDUCATION | WEBINARS | SURGICAL & CRITICAL CARE | WHITEPAPERS | PATIENT SATISFACTION | CAREERS | EVENTS | HALL OF FAME | EVS & FACILITY SERVICES | ADVERTISE | S | LOG IN | REGISTER | ⚲

INFECTION PREVENTION | HEALTHCARE IT | REGULATORY



ACTIVATING CELLS TO **SIGNAL FUSION**

**X** signafuse®

INFECTION PREVENTION › SCREENING & SURVEILLANCE

# AACC says lab experts can fill gaps in FDA regulation by validating COVID-19 antibody tests

May 1, 2020



  



STORZ
KARL STORZ · ENDOSKOPE

1

No-Wrap Sterilization Containers
Providing the OR and SPD
Efficiency You Need Now  **Learn More**

## LATEST IN SCREENING & SURVEILLANCE



Screening & Surveillance

**New study makes Delta the deadliest**

May 24, 2022



Regulatory

**CDC update on children with Acute Hepatitis of…**

May 19, 2022



Screening & Surveillance

**Four more cases of monkeypox identified by the…**

May 18, 2022



Screening & Surveillance

**New study monitors CLABSI in home healthca…**

May 4, 2022

Screening & Surveillance

**CDC reports 58%**

Now that diagnostic companies can sell COVID-19 antibody tests without U.S. Food and Drug Administration (FDA) authorization, healthcare teams should work closely with clinical laboratory experts to ensure that these tests are thoroughly validated and used appropriately, recommends the American Association for Clinical Chemistry (AACC) in

a new opinion piece in its *Clinical Chemistry* journal. They further emphasize that this is critical to minimizing the risk of inaccurate results from these tests, which could have potentially life-threatening consequences.

After it became clear that FDA's regulations were hampering COVID-19 testing, the agency relaxed its rules to the point that commercial diagnostic manufacturers can now sell COVID-19 antibody tests without FDA authorization. This change has allowed a flood of coronavirus antibody tests to hit the market, with more than 100 diagnostic companies offering or planning to offer these tests.

The surge in availability of these tests has also led to rising hopes that these antibody tests could help to reopen the country. This is because antibody tests are essential to population screening efforts that aim to determine the full extent of the COVID-19 outbreak, which government officials need to know in order to decide when and how to safely ease social distancing measures. However, worrying reports have emerged that many of these antibody tests give inaccurate results, and that some healthcare institutions are inappropriately using these tests to try to diagnose COVID-19 or to determine who is immune to the virus. These issues could lead to consequences such as people getting exposed to

COVID-19 because they mistakenly believe they are immune—and in a worst-case scenario, these problems could even potentially mislead government officials to lift stay-at-home orders prematurely.

To mitigate these risks, Drs. Christopher W. Farnsworth and Neil W. Anderson—lab experts from the Washington University School of Medicine in St. Louis—emphasize that it is up to the clinical laboratory community to fill the vacuum left by FDA and thoroughly examine the performance of antibody tests before they are used. The authors then go on to lay out recommendations for labs to follow when validating these tests. For example, labs should account for how widespread COVID-19 is in their area when designing test validation studies, since disease prevalence actually affects antibody test performance. Farnsworth and Anderson also recommend that labs use specimens from different sources to determine the likelihood that a test will give an inaccurate result. These sources should include symptomatic patients who have tested negative for COVID-19 using standard PCR tests for the virus, as well as patients who have tested positive for the milder coronaviruses that were already common in the U.S. prior to the COVID-19 outbreak.

In addition to validating COVID-19 antibody tests, Farnsworth and Anderson urge labs to communicate with healthcare providers about the

scenarios in which these tests should and should not be used. For example, antibody tests should not be used for COVID-19 diagnosis. As the authors observed, the median time from onset of symptoms to patient presentation at their hospital is 3 days, but the most accurate COVID-19 antibody tests can't detect antibodies until 7–14 days after symptom onset. The authors also point out that antibody tests have limited utility as a backup for molecular COVID-19 tests. At their hospital, only about 1% of symptomatic, PCR-negative patients went on to test positive for antibodies.

"In conclusion, while serological assays have generated much hype, there is a need for data to support their clinical utility," said Farnsworth and Anderson. "When not properly evaluated they have the potential to misdiagnose and misinform. It is also crucial for laboratories to rigorously validate assays to assure they are suitable for their ultimate use. Furthermore, as the general public becomes enamored with the promise of COVID-19 serological testing, it is the responsibility of laboratory professionals to remind everyone of the potential peril."

AACC has the report.

More COVID-19 coverage HERE.

VOICE YOUR OPINION

**This site requires you to register or login to post a comment.**

Email Address*

By submitting this form and personal information, you understand and agree that the information provided here will be processed, stored and used to provide you with the requested services in accordance with Endeavor Business Media's Terms of Service and Privacy Policy.

As part of our services, you agree to receive magazines, e-newsletters and other communication about related offerings from Endeavor Business Media, its brands, affiliates and/or third-party partners consistent with Endeavor's Privacy Policy. Contact us at emailsolutions@endeavorb2b.com or by mail to Endeavor Business Media, LLC, 331 54th Avenue N., Nashville, TN 37209.

You can unsubscribe from our communications at any time by emailing emailsolutions@endeavorb2b.com.

Continue

No comments have been added yet. Want to start the conversation?

**Sign up for Healthcare Purchasing News eNewsletters**

Email Address

SIGN UP

Load More Content



Healthcare Purchasing News

About Us   Contact Us   Advertise   California Do Not Sell   Privacy Policy   Terms & Conditions

© 2022 Endeavor Business Media, LLC. All rights reserved.

Endeavor Business Media Logo

**URL**

https://img.hpnonline.com/files/base/ebm/hpn/image/2020/05/16x9/AACC_says_lab_experts_can_fill_gaps_in_FDA_re
gulation_by_validating_COVID_19_antibody_tests_pic___5.1.20du___4982413093_d556feadf0_k__FDA_Flickr.5eac25
557375f.png?auto=format,compress&w=1050&h=590&fit=clip

**Date captured**   June 9th 2022, 3:21:29PM

**Last updated**    June 9th 2022, 3:21:29PM

**Hash**            dddf257ea4600de8b0bd507c9dd407728d47497c5cb7e2e32a745fb551abd8b3



**URL** https://www.hpnonline.com/infection-prevention/screening-surveillance/article/21137248/fema-to-offer-federal-support-to-expand-national-testing-capabilities

**Date captured** June 9th 2022, 3:25:05PM

**Last updated** June 9th 2022, 3:25:05PM

**Hash** 300e0cc56795a6d49a200ff8def7d4ba381476b419c9827c41cd161df5a19c3c

☰ **HEALTHCARE PURCHASING NEWS**
CLINICAL INTELLIGENCE FOR SUPPLY CHAIN LEADERSHIP

SOURCING & LOGISTICS | STERILE PROCESSING | CONTINUING EDUCATION | WEBINARS | SURGICAL & CRITICAL CARE | WHITEPAPERS | PATIENT SATISFACTION | CAREERS | EVENTS | INFECTION PREVENTION | HALL OF FAME | EVS & FACILITY SERVICES | ADVERTISE | LOG IN | REGISTER | HEALTHCARE IT | REGULATORY | 🔍



**The HPN Daily Update e-newsletter**
Up-to-the-minute coverage of the latest industry news

**Continuing Education**
For the Central Sterile Services Department (CSSD)

**Annual Industry Guide**

**SUBSCRIBE**
IT'S FREE!

INFECTION PREVENTION › SCREENING & SURVEILLANCE

# FEMA to offer federal support to expand national testing capabilities

May 7, 2020

  



No-Wrap Sterilization Containers
Providing the OR and SPD
Efficiency You Need Now    Learn More

## LATEST IN SCREENING & SURVEILLANCE

Screening & Surveillance

**New study makes Delta the deadliest**

May 24, 2022



Regulatory

**CDC update on children with Acute Hepatitis of…**

May 19, 2022



Screening & Surveillance

**Four more cases of monkeypox identified by the…**

May 18, 2022

Screening & Surveillance

**New study monitors CLABSI in home healthca…**

May 4, 2022

Screening & Surveillance

**CDC reports 58%**

Under the Trump Administration's Guidelines for Opening America Up Again, states should meet at least five metrics before proceeding to a phased reopening, which includes demonstrating a downward trajectory of COVID-19 cases over a 14-day period as well as maintaining a robust system for testing health care workers, addresses the Federal Emergency

Management Agency (FEMA). The Administration's Opening Up America Again Testing Overview and Testing Blueprint are designed to facilitate state development and implementation of the robust testing plans and rapid response programs described in the guidelines.

The Testing Blueprint sets forth the partnership between federal, state, local, and tribal governments, along with the private-sector and professional associations, all of which will play important roles in meeting the nation's testing needs.

The federal government provides strategic guidance on the best use of available technologies, approves new tests to expand capacity, shares best practices with states, and more.

As different localities have different needs, including the needs of low-income individuals, older adults, persons with disabilities, persons with limited English proficiency, and members of communities of color, states should each develop testing plans and rapid response programs that fit the needs of their communities and ensure equitable delivery of testing to individuals with civil rights protections.

ADVERTISEMENT

States should make full use of the testing resources available to them, to include leveraging the full capacity available through commercial,

hospital and academic laboratories in addition to the capability available through public health laboratories.

To support the Testing Blueprint, FEMA, at the direction of the White House Coronavirus Task Force, is working to source and procure testing material – specifically, testing swabs and transport media. The FEMA-sourced material will be provided to states, territories and tribes for a limited duration to help increase testing capacity in support of their individualized reopening and testing plans. Once sourced and procured, the intent is to have this material shipped directly to the necessary location within each state, territory or tribe for their ultimate distribution. Each state, territory and tribal will develop its own distribution strategy to align with its testing plan and unique needs.

The Department of Health and Human Services (HHS) and FEMA lead a joint federal Laboratory Diagnostics Task Force focused on multiple paths to increase nationwide COVID-19 testing and support to governors nationwide to have the equipment, supplies, and testing resources needed to reopen safely and responsibly.

Key actions taken by this task force include:

- Supported states in identifying additional testing capacity and increasing use of testing platforms.

- Worked with diagnostic test developers and manufacturers to encourage rapid development of new technologies and scale up testing inventory.

- Distributed point-of-care analyzers and test kits to public health labs in all 50 states and U.S territories, as well as tribal communities through the Indian Health Service.

- Expanded reporting options for hospital diagnostic testing data through the HHS Protect system, which reduces burden on hospitals and ensures that the federal government has access to all in-house hospital laboratory testing data.

- Coordinated an interagency project team to include the White House, Food and Drug Administration, the National Institutes of Health, the Centers for Disease Control and Prevention, the Biomedical

Advanced Research and Development Authority and the Department of Defense to rapidly characterize the performance of serological diagnostic tests.

- Extensive serological antibody testing will provide the nation with more dense, broad-based data to look for prevalence of the COVID-19 antibody.

- Provided expert guidance to assist in rapid response to localized outbreaks in industries providing critical infrastructure.

- Collaborated with the Department of Energy labs and manufacturers to expand capacity for sample transportation, storage and preparation for optimal utilization of available tests and testing platforms.

- Expanded items supplied by the CDC's International Reagent Resource (IRR) to help registered public health labs access diagnostics supplies and reagents for COVID-19 testing free of charge, including:

- Consolidating ordering of testing supplies under the IRR to simplify the resource request process for states and territories and alleviate the burden on registered public health labs from needing to work with

separate suppliers for access to swabs, reagents and other critical diagnostic testing supplies.

- The Community-Based Testing Sites (CBTS) program, a short-term, high-impact initiative, was developed for states, local public health agencies, healthcare systems, and commercial partners as they work together to stop the spread of COVID-19 in their communities. This program focused initially on healthcare facility workers and first responders who are working around the clock to provide care and ensure the safety of Americans and now provides testing to asymptomatic and symptomatic individuals per the CDC testing criteria.

- 41 federal CBTS locations were approved with 151,950 samples tested as of May 5. CBTS focused initially on testing healthcare facility workers and first responders as they need to know their status to prevent infecting individuals in their care.

- The task force also prepared and distributed best practices for nasal self-swabbing to collect samples for COVID-19 testing, resulting in a reduction in the amount of required personal protective equipment.

- HHS and FEMA are working with states to assist them as they

transition from federal to state managed sites.

•   Public-Private Partnership (CBTS 2.0) has expanded with private partners to include over 100 sites in 33 states. Through further expansion, the goal is to have over 200 sites in all 50 states, the District of Columbia and Puerto Rico with the ability to perform 15,000 tests per day.

•   States, territories, tribes, and local governments may seek reimbursement for eligible expenses associated with coronavirus testing through FEMA's Public Assistance program. The Families First Coronavirus Response Act also appropriates $1 billion to reimburse providers for conducting coronavirus testing for the uninsured.

FEMA has the report.

More COVID-19 coverage HERE

VOICE YOUR OPINION

**This site requires you to register or login to post a comment.**

Email Address*

By submitting this form and personal information, you understand and agree that the information provided here will be processed, stored and used to provide you with the requested services in accordance with Endeavor Business Media's Terms of Service and Privacy Policy.

As part of our services, you agree to receive magazines, e-newsletters and other communication about related offerings from Endeavor Business Media, its brands, affiliates and/or third-party partners consistent with Endeavor's Privacy Policy. Contact us at emailsolutions@endeavorb2b.com or by mail to Endeavor Business Media, LLC, 331 54th Avenue N., Nashville, TN 37209.

You can unsubscribe from our communications at any time by emailing emailsolutions@endeavorb2b.com.

Continue

No comments have been added yet. Want to start the conversation?

## Sign up for Healthcare Purchasing News eNewsletters

Email Address

SIGN UP

Load More Content

Healthcare Purchasing News



About Us   Contact Us   Advertise   California Do Not Sell   Privacy Policy   Terms & Conditions

© 2022 Endeavor Business Media, LLC. All rights reserved.

Endeavor Business Media Logo

**URL** https://img.hpnonline.com/files/base/ebm/hpn/image/2020/05/16x9/FEMA_to_offer_federal_support_to_expand_natio
nal_testing_capabilities_pic__5.7.20du___4982413098_33ceeceab4_k___FDA_Flickr.5eb41972e08e.png?auto=format,
compress&w=1050&h=590&fit=clip

**Date captured** June 9th 2022, 3:25:10PM

**Last updated** June 9th 2022, 3:25:10PM

**Hash** d717d400dca51628e388693f78f13b42bee69fa3ae2ea317751a915c2f3b504cb

